# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 28, 2011 |
| Court Reporter: Janet Coppock | Time: 2 hours and 16 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 10-CR-00326-PAB-28**

Parties | Counsel

**UNITED STATES OF AMERICA,**   Kasandra Carleton
　　　　　　　　　　　　　　　　　　MJ Menendez
　　　　　　　　　　　　　　　　　　Special Agent Shane Abraham

　　　　Plaintiff,

vs.

**28. SKYLER VALENCIA,**   Norman Mueller

　　　　Defendant.

## SENTENCING

**2:32 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement, the Revised Presentence Report and its Addendums are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-28
April 28, 2011

Court will hear argument on Government's Objections to the Presentence Report (Doc #1343), filed 4/12/11.

**ORDERED:**   Government's Motion to Seal Document 1343 (Doc #1344), filed 4/12/11, **is DENIED**.

**2:26 p.m.**   Argument by Ms. Carleton.  Questions by the Court.

**2:40 p.m.**   Argument by Mr. Mueller.  Questions by the Court.

Court states its findings.

**ORDERED:**   Government and defendants' objections to the Presentence Report are **OVERRULED.**

Court will hear argument on the **Government's Amended Motion for Downward Departure (Doc #1386), filed 4/20/11.**

**2:43 p.m.**   Argument by Ms. Carleton.  Questions by the Court.

**2:48 p.m.**   Argument by Mr. Mueller.  Questions by the Court.

**3:02 p.m.**   Argument by Ms. Menendez.

Court states its findings.

**ORDERED:**   Government's Amended Motion for Downward Departure (Doc #1386), filed 4/20/11, is **GRANTED in PART and DENIED in PART**.

**3:09 p.m.**   **COURT IN RECESS**

**3:16 p.m.**   **COURT IN SESSION**

**3:17 p.m.**   Argument by Mr. Mueller in support of defendant's **Motion for Variance (Doc #1357), filed 4/14/01** and comments addresses sentencing.

**3:24 p.m.**   Argument by Ms. Carleton and comments addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Page Three
10-CR-00326-PAB-28
April 28, 2011

**ORDERED:**   Defendant's Motion for Variance (Doc #1357), filed 4/14/01, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 3, 2011** to the **Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **40** months, to be served consecutive to any other undischarged term of imprisonment.

Court **RECOMMENDS** that the Bureau of Prisons place the defendant at an institution with a substance abuse treatment program and that the defendant take advantage of that program during imprisonment and **SPECIFICALLY RECOMMENDS** he be allowed to participate in the **RDAP** program.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Four
10-CR-00326-PAB-28
April 28, 2011

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or and treatment for substance abuse as approved by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Counts 134, 135, and 136 of the First Superseding Indictment (Doc #1380), filed 4/20/11, as to this defendant only, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Five
10-CR-00326-PAB-28
April 28, 2011

Mr. Mueller renews defendant's objections to the Court's partial denial of Government's motion for downward departure, the Court's overruling objections to the guideline calculations and the Court's denial of defendant's motion for variant sentence for the record.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:55 p.m.     COURT IN RECESS**

**Total in court time:         136 minutes**

**Hearing concluded**